UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVONTEA ROSEMON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C17-927RSL

ORDER TO SHOW CAUSE

On June 15, 2017, the United States District Court's Clerk of Court issued a letter to plaintiff in the above-captioned matter, Dkt. # 2. The letter was mailed to plaintiff, but was returned unopened on June 27, 2017, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. # 6. On June 23, 2017, this Court issued an Order Directing the United States to Answer § 2255 Petition, Dkt. # 4. This Order was also returned unopened on June 29, 2017, Dkt. # 7.

The Clerk of Court is directed to strike the § 2255 Petition from the Court's motion calendar and note a "Rule 41 dismissal proceeding" on the calendar for September 22, 2017. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

ORDER TO SHOW CAUSE - 1

1 | DATED this 24th day of July, 2017.

2

3

                                     /s/ Robert S. Lasnik

4                                        Robert S. Lasnik
                                       United States District Judge

ORDER TO SHOW CAUSE - 2