UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVONTEA ROSEMON,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C17-927RSL

ORDER OF DISMISSAL

On June 15, 2017, the United States District Court's Clerk of Court issued a letter to plaintiff in the above-captioned matter, Dkt. # 2. That letter was mailed to plaintiff but was returned unopened on June 27, 2017, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. # 6. On June 21, 2017, this Court mailed an Order Directing the United States to Answer § 2255 Petition, Dkt. # 4. That Order was returned unopened on June 29, 2017, Dkt. # 7. On July 24, 2017, this Court issued an Order to Show Cause to plaintiff, Dkt. # 8. That Order was also returned unopened on July 31, 2017, Dkt. #10.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the

ORDER OF DISMISSAL - 1

court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 28th day of September, 2017.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2