# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEVONTEA ROSEMON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C17-927RSL

ORDER REOPENING CASE

This case originated when petitioner filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Dkt. # 1. After multiple filings sent to petitioner were returned as undeliverable, see Dkts. ## 6, 7, 10, the Court issued a show cause order and ultimately dismissed the petition, Dkt. # 11. Petitioner has informed the Court that those correspondences were sent to FDC SeaTac but he had, in the interim, transferred to FCI Sheridan. Dkt. # 13. Unfortunately for him, the mail was not forwarded to his new address. Petitioner now asks the Court to reopen his case given this mail mix-up. Dkt. # 13.

The Court concludes petitioner has shown good cause to do so. His motion, Dkt. # 13, is GRANTED. Petitioner's address has been updated in the docket. The Clerk of Court is directed to send petitioner a copy of this Order and a copy of the response, Dkt. # 5, filed by the United States. Consideration of the underlying petition is renoted for October 12, 2018. If petitioner wishes to file a reply to the United States, he shall file that reply on or before October 12, 2018.

ORDER REOPENING CASE - 1

DATED this 17th day of August, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER REOPENING CASE - 2